IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Lindsay McGee, | Civil Action No. 2:24-cv-1659-RMG |
| --- | --- |
| Plaintiff, | |
| vs. | |
| Justin McGee, | |
| Defendant. | |

**Defendant's Answers to Local Civil Rule 26.01 Interrogatories**

Without waiving any defenses, motions, exceptions, or rights that may exist in its favor in either state or federal court and reserving the right to supplement its responses as the case develops, Defendant Justin McGee ("Mr. McGee") submits these answers to the Local Civil Rule 26.01 Interrogatories:

**(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.**

**Answer:** Mr. McGee is not currently aware of any person or legal entity who may have a subrogation interest in any of Plaintiff's claims.

**(B) As to each claim, state whether it should be tried jury or nonjury and why.**

**Answer:** Plaintiff requested a jury trial in her Complaint. Mr. McGee does not waive his right to contest this request or demand his own trial by jury.

**(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned**

1

**company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

**Answer:** Mr. McGee is an individual.

**(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**Answer:** Mr. McGee removed this action to the Charleston Division because it was originally filed in the Court of Common Pleas for Charleston County, South Carolina, which is within the Charleston Division.

**(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?**

**Answer:** Mr. McGee is not aware of any related actions filed in this District.

**(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**Answer:** Mr. McGee is not aware of any misnomer or improper identification at this time.

**(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.**

**Answer:** Mr. McGee is currently investigating whether another person or entity is responsible for indemnifying him in this matter. Because this case is only in its initial stages, Mr. McGee reserves the right to supplement this response if necessary.

**(H)** **In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).**

**Answer:** Mr. McGee is not asserting diversity jurisdiction at this time.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*
    Matthew A. Abee, Federal Bar No. 11747
    E-Mail: Matt.Abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC 29201
    (803) 799-2000

*Attorney for Defendant Justin McGee*

Charleston, South Carolina
April 2, 2024