IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Lindsay McGee,<br><br>        Plaintiff,<br><br>vs.<br><br>Justin McGee,<br><br>        Defendant. | Civil Action No. 2:24-cv-01659-RMG |

**Third Joint Status Report**

As directed by the Court's August 18, 2025 Order (ECF No. 34), the parties jointly report:

1. In its Stay Order (ECF No. 32), the Court directed the parties "to notify this Court within 30 days of the resolution of the state court litigation." In its August 18, 2025 Text Order, it directed the parties to file a status report every 60 days.

2. This is the <u>third</u> such status report.

3. In addition to this civil action, pending between the parties is a divorce and custody action in the Charleston County Family Court captioned *Justin M. McGee v. Lindsay F. McGee*, Case No. 2022-DR-10-3072, and an Amended Motion to Suppress pending before the South Carolina Court of Appeals, *Lindsay F. McGee v. Justin McGee*, Appellate Case No. 2023-001376.

4. On August 20, 2025, the South Carolina Court of Appeals issued an order on Ms. McGee's Amended Motion to Suppress.

5. Mr. McGee timely sought rehearing, rehearing en banc, reconsideration and a stay of the Suppression Order, which Ms. McGee opposed. Mr. McGee filed his reply on October 14, 2025, and the motion remains under consideration by the South Carolina Court of Appeals.

6. As a result, the appellate proceedings are ongoing, so the Parties request that the stay remain in place for the reasons set forth in the Motion to Stay (ECF No. 28) and Response to Motion to Stay (ECF No. 31).

7. As directed by the Court, the parties will file joint status reports every 60 days.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Matthew A. Abee                                         Date: December 17, 2025
    Matthew A. Abee, SC Bar No. 101100
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorney for Defendant Justin McGee*


By: /s/ Brandon Gottschall by MAA with permission           Date: December 17, 2025
    Richard G. Whiting
    Law Offices of Richard Whiting
    1515 Lady Street (29201)
    Post Office Box 7877
    Columbia, SC 2902
    803-256-9067
    dick.whiting@whitinglawsc.com

    Peter G. Currence
    McDougall, Self, Currence & McLeod, LLP
    791 Greenlawn Dr., Suite 4 (29209)
    Post Office Box 90860 29290-1860
    Columbia, SC 29209
    803-776-3130
    pete@rnscmlaw.com

    Brandon Gottschall
    Hubbard & Gottschall Law, Ltd. Co.
    1320 Main Street, Suite 300
    Columbia, SC 29201
    (864) 280-9840
    brg@hglawsc.com

*Attorneys for Plaintiff Lindsay F. McGee*