IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Lindsay McGee,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Justin McGee,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 2:24-cv-01659-RMG |

**Fourth Joint Status Report**

As directed by the Court's August 18, 2025 Order (ECF No. 34), the parties jointly report:

1.　　　In its Stay Order (ECF No. 32), the Court directed the parties "to notify this Court within 30 days of the resolution of the state court litigation." In its August 18, 2025 Text Order, it directed the parties to file a status report every 60 days.

2.　　　This is the <u>fourth</u> such status report.

3.　　　In addition to this civil action, pending between the parties is a divorce and custody action in the Charleston County Family Court captioned *Justin M. McGee v. Lindsay F. McGee*, Case No. 2022-DR-10-3072, and an Amended Motion to Suppress pending before the South Carolina Court of Appeals, *Lindsay F. McGee v. Justin McGee*, Appellate Case No. 2023-001376.

4.　　　On August 20, 2025, the South Carolina Court of Appeals issued an order on Ms. McGee's Amended Motion to Suppress.

5.　　　Mr. McGee timely sought rehearing, rehearing en banc, reconsideration and a stay of the Suppression Order, which Ms. McGee opposed.

6.　　　By Order dated January 21, 2026, the South Carolina Court of Appeals denied Mr. McGee's petition for rehearing. Further, by letter dated January 21, 2026, the Court of Appeals confirmed that Mr. McGee's Petition for Rehearing en banc was rejected.

079821.01502　　　　　　　　Page 1 of 3

7.    To date, the appellate court has not issued the remittitur and the appellate proceedings are ongoing.  Mr. McGee is considering petitioning the South Carolina Supreme Court for certiorari or an other appropriate writ.  As a result, the parties propose that the Court allow them to file a subsequent joint status report at the earlier of: (1) ten days after the South Carolina Supreme Court's order on the petition for writ of certiorari if such petition is timely filed; (2) ten days after the remittitur is issued; or (3) 60 days from the filing of this Fourth Joint Status Report.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Matthew A. Abee*                                    Date:  February 12, 2026
    Matthew A. Abee, SC Bar No. 101100
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorney for Defendant Justin McGee*

By: */s/ Brandon Gottschall*                                Date:  February 12, 2026
    Richard G. Whiting
    Law Offices of Richard Whiting
    1515 Lady Street (29201)
    Post Office Box 7877
    Columbia, SC 2902
    803-256-9067
    dick.whiting@whitinglawsc.com

    Peter G. Currence
    McDougall, Self, Currence & McLeod, LLP
    791 Greenlawn Dr., Suite 4 (29209)
    Post Office Box 90860 29290-1860
    Columbia, SC 29209
    803-776-3130
    pete@rnscmlaw.com

    Brandon Gottschall
    Hubbard & Gottschall Law, Ltd. Co.
    1320 Main Street, Suite 300

Columbia, SC 29201
(864) 280-9840
brg@hglawsc.com

*Attorneys for Plaintiff Lindsay F. McGee*